IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN CALDWELL,

     Plaintiff,                    No. CIV S-04-2693 MCE GGH PS

    vs.

CHAN, et al.,

     Defendants.         ORDER

                                /

          By order filed December 23, 2004, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. After the thirty day period expired without an amended complaint having been filed, the court issued findings and recommendations recommending dismissal. On February 22, 2005, plaintiff filed objections which are mostly unintelligible but which appear to indicate that plaintiff wishes to pursue his case. If plaintiff intended to state in the objections that he filed an amended complaint, the docket does not reflect any such filing. Plaintiff will be given one more opportunity, however, to file an amended complaint.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed February 15, 2005 are vacated;

2. Plaintiff is granted thirty days from this order to file an amended complaint. Failure to comply with this order will result in a recommendation that the action be dismissed.

DATED: 5/3/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
cald2693.vac

2