IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN CALDWELL,

    Plaintiff,     No. CIV S-04-2693 RRB GGH PS

  vs.

CHAN, et al.,

    Defendants.     ORDER
_____/

On February 3, 2006, plaintiff filed two summons returned executed, dated September 26, 2005. This civil rights action was closed on December 13, 2005. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: 2/14/06

/s/ Gregory G. Hollows

_____
GREGORY HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Caldwell2693.58.wpd

1