1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9   GLEN CALDWELL,

10             Plaintiff,                    No. CIV S-04-2693 RRB GGH PS

11       vs.

12   CHAN, et al.,

13             Defendants.                    ORDER

14   _____/

15             On March 7, 2006, plaintiff filed a document entitled, "complaint filing on

16   December 13, 2005 that was disregarded, motion."  This civil rights action was closed on

17   December 13, 2005.  Plaintiff's filing does not appear to be one contemplated by the Federal

18   Rules of Civil or Appellate Procedure.  Therefore, this document will be placed in the file and

19   disregarded.

20             IT IS SO ORDERED.

21   DATED: 3/15/06

22

                                        /s/ Gregory G. Hollows

23                                     _____
                                        GREGORY HOLLOWS
24                                     UNITED STATES MAGISTRATE JUDGE

25

26   GGH:076

                                        1

1    Caldwell2693.dsr

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26